UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

OMAR GUADALUPE CEJA ROMERO,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

No. 5:26-cv-06714-JDE

JUDGMENT

Based on the Order Granting Petition in Part,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is:

(1) Granted, in part, with Respondents ORDERED **to immediately release Petitioner Omar Guadalupe Ceja Romero (A# 219-033-286)** from custody, subject to the least restrictive conditions, if any, necessary to reasonably assure his appearance at future immigration proceedings and the safety of the community, and returning all non-contraband items seized from Petitioner at the time of his detention; and

(2) Denied without prejudice as to all other relief sought.

Dated: November 19, 2026

JOHN D. EARLY
United States Magistrate Judge